IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>ADAM MICHAEL HOLBROOK,<br><br>                Defendant. | **4:22CR3157**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion to review the conditions of supervised release, (Filing No. 18), is granted.

2) Defendant shall comply with all terms and conditions of supervised release except as follows:

> Defendant shall be released to reside at St. Francis, Grand Island, Nebraska and participate in that facility's treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) Defendant shall arrive at St. Francis, Grand Island, Nebraska by 9:00 a.m. on April 22, 2025. Counsel for defendant will notify the Marshal once arrangements have been made for transport. The Marshal shall release Defendant on April 22, 2025 for timely transport to the facility once those arrangements have been made, so long as a release order has been entered in any other pending criminal cases on which Defendant is held.

Dated this 9th day of April, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge